Michael McPartland, Respondent, v. George H. Reeves, Appellant.— Motion for reargument denied, with ten dollars costs. Two alleged grounds of negligence were submitted to the jury, for only one of which defendant could be held liable. It is impossible to determine upon which ground the jury based its verdict. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

The People of the State of New York ex rel. John W. Mann, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Decision modified by providing for a new trial of the charges before the commissioner or one of his deputies. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Thomaso Quaranta, Respondent, v. The Griffin-White Shoe Company, Appellant.— Motion for stay denied, with costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Miles Reid, an Infant, by Patrick Reid, His Guardian ad Litem, Respondent, v. The New York and New Jersey Telephone Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Millie H. Sayer, Appellant, v. The City of New York, Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Charles Willis, Respondent, v. Robert K. Everett, Appellant, Impleaded with Richard Baldwin, Jr., and John J. McLaughlin, Defendants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Timothy F. Allen, Appellant, v. Alfred E. Smith and Others, Composing the Board of Trustees of the Village of Bronxville, Respondents.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Tompkins at Special Term. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

Rufus H. Brown, Appellant, v. John C. Cochran, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George G. Belden, as Administrator de Bonis Non, etc., Respondent, v. Charles W. Coleman, as Executor, etc., Appellant.— Motion to dismiss appeal denied, without costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Michael J. Callahan, Respondent, v. Michael Matus, Appellant, and Others.— Motion to open default granted, on condition that the appellant pay respondent ten dollars costs, perfect the appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.